☒ FILED  ☐ LODGED
Jul 03 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MADDI JEFFREY AARON MOORE #337243
Name and Prisoner/Booking Number

ASPC-PHX / FLAMENCO
Place of Confinement

P.O. BOX 52109
Mailing Address

Phoenix, AZ 85072
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

*EMERGENCY COMPLAINT — TRO ATTACHED (HEALTH/SAFETY IN GRAVE DANGER)* *

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

MADDI JEFFREY AARON MOORE,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Dr. Ryan Thornell,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:24-CV-01085-DLR-MTM
(To be supplied by the Clerk)

HONORABLE DOUGLAS L. RAYES

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

A JURY TRIAL IS DEMANDED

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: PHX / FLAMENCO

## B. DEFENDANTS

1. Name of first Defendant: __Dr. Ryan Thornell__. The first Defendant is employed as: __Director__ at __ADCRR__.
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __3 Strikes__ Describe the previous lawsuits:

   a. First prior lawsuit: VERIFY WITH PACER
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th Amendment --- Edmo v. Corizon, Inc 935 F. 3d 757 (9th Cir. 2019)__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   a) I was diagnosed with Gender Dysphoria in 2018 by a licensed medical provider while in county lock-up (Mohave County)
   b) I was transferred to the ADCRR in July of 2019 and pursuant to A.R.S. §31-132 my medical record came with me
   c) I identified myself as Transgender to the Intake Staff
   d) The Department did NOT follow D.O. 810 (Management of LGBTI Inmates; ie #2.3.1.1 "No transgender or intersex inmates shall be moved until the Committee has completed its review..."
   e) I was not issued bra & panties until 2020
   f) I was NOT prescrescribed hormone therapy until August 2021
   g) I have been placed on "WATCH" for self harm because I have tried to self-castrate
   h) I have requested multiple times to have a Gender Confirmation Surgery pursuant to D.O. 810
   i) Gender Dysphoria is a "Serious Medical Need" and I am entitled to have what is UNIVERSALLY accepted by the medical community as the appropriate treatment. Defendant Thornell has refused my request

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I have attempted self castration and suicide on multiple occassions

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ADCRR has blocked all my attempts to file a grievance. So I filed the action in State court.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __14th Amendment – Due Process__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: __Due process__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   D.O. 810 --- 2.1.1 is very clear "When an inmate initiates a formal written request to the Committee chair or designee regarding his/her treatment, this request will be addressed on a case-by-case basis by the Committee, which will determine the medically necessary services." I have done that numerous times over the last 5 years! All I get is a one sentence response saying the Committee will discuss it. There is NEVER any follow-up or a list of what criteria has to be met in order to qualify for the procedure. In fact I have NEVER personally met with the Committee to plead my cause. To the best of my knowledge these closed door secret meetings have NEVER resulted in a positive outcome for the Transgender Inmate. Defendant Thornell does NOT follow the guidelines established by WPATH --- which is universally regarded as the most appropriate standards of care for Transgender persons.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Intense paranoia/anxiety leading to suicidal ideation and resulting as an inpatient in the Psychiatric Ward. Also debilitating symptoms of psychosis; i.e. hallucinations.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __ADCRR has blocked all my attempts to file a grievance – so I filed the action in state court.__

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8th and 14th Amendments also $4^{th}/6^{th}$ Amendments

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In 2019 (early into my sentence) I sent a request by inmate letter to have my name on my ID badge changed to MADDI in order to better reflect my Gender Identity. I began getting a serious of bogus tickets. In 2020 I was the victim of a PREA and was placed in the "hole" for over 9 months for non punitive reason and was denied my hormone therapy. In 2021 I was placed in SMU for "Refusing to House" even though my statements were of self-harm. It has been my experience, during the last 5 years, that Staff has singled me out because of my Gender Identity. It appears and the evidence would suggest that Defendant Thornell maliciously wants to falsely house me at a custody level which is NOT appropriate for me or conducive to my therapeutic needs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have been beaten/sexually assaulted; developed an eating disorder and my mental health has decompensated significantly.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ADCRR has blocked all my attempts to file a grievance - so I filed the action in state court.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

1,000,000 in compensatory and punitive damages, all cost associated with this suit, modification to Department Order #810, the grant of attached TRO, any other relief this Honorable Court finds just, equitable, and fair.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/2/24
DATE

*Maddi*
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6